UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| CE-1709 Midland Trail Shelbyville KY, LLC, Amazonia Consulting Group, LLC, Realty Franchise Services, LLC, CHC-81 Street Westminster, Co, LLC, CHC-2015 North Wickham Road Melbourne FL, LLC, CC-1601 N Woodland Blvd Deland FL, LLC, CHC-Holmes Corner Cheyenne WY, LLC, CHC-2735 Calumet Trace Owensboro KY Landco, LLC, CD-1204 Wade Hampton Blvd Greer SC, LLC, CHC-4684 Patterson Ave Winston Salem Landco, LLC, AFC West Road 8040 Ulmerton Rd, Largo Florida Landco, LLC, CD-2250 Cherry Road Rock Hill SC, LLC, <br><br>          Plaintiffs, <br><br> v. <br><br> Redstone, LLC d/b/a American Development Partners; Manny Butera; Shawn Eby; Bruce Arinaga; and Pun For Li. <br><br>          Defendants. | Civil Action No. 1:22-cv-22213 |

**NOTICE OF REMOVAL**

**PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. § 1441(b), 28 U.S.C. § 1331, and Local Rule 1.06, Defendants Redstone, LLC ("Redstone") and

Manny Butera ("Butera"), by and through counsel, Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullins, P.A., hereby removes the action captioned matter as *CE-1709 Midland Trail Shelbyville KY, LLC, Amazonia Consulting Group, LLC, Realty Franchise Services, LLC, CHC-81 Street Westminster, Co, LLC, CHC-2015 North Wickham Road Melbourne FL, LLC, CC-1601 N Woodland Blvd Deland FL, LLC, CHC-Holmes Corner Cheyenne WY, LLC, CHC2735 Calumet Trace Owensboro KY Landco, LLC, CD-1204 Wade Hampton Blvd Greer SC, LLC, CHC-4684 Patterson Ave Winston Salem Landco, LLC, AFC West Road 8040 Ulmerton Rd, Largo Florida.., CD-2250 Cherry Road Rock Hill SC, LLC v. Redstone, LLC, Manny Butera, Shawn Eby, Bruce Arinaga, and Pun For Li,* Case No. 2022—009885-CA-01, as filed in the County Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida with a filing number 150235202 ("the Action"), to the United States District Court for the Southern District of Florida, Miami Division based upon the following:

1. On or about May 24, 2022, Plaintiffs filed the Action in the County Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida with filing number 150235202. A true and correct copy of the Notice of Filing Notice of Removal from State Court to United States District Court is attached hereto as **Exhibit A**.

2.  Redstone and Butera first received notice of the Action on June 18, 2022 when they were served with the Complaint.

3.  Based on the foregoing, Butera and Redstone have timely filed this Notice of Removal within thirty days of being served with the Complaint and within thirty days of the date that the Action was first removable. 28 U.S.C. § 1446(b).

4.  The Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by Butera and Redstone pursuant to the provisions of 28 U.S.C. § 1441(b), in that Plaintiffs have alleged that Redstone and Butera, along with other co-defendants, have violated RICO, 18 U.S.C. § 1962(c) in Count II, and were engaged in a RICO conspiracy in violation of 18 U.S.C. 1962(d), Count III, thereby asserting claims that arise under federal law.

5.  Because the causes of action alleged by Plaintiffs purportedly arise from the performance of obligations of the parties within the State of Florida, Miami-Dade County, the United States District Court for the Southern District of Florida, Miami Division should be assigned the Action.

6.  Pursuant to 28 U.S.C. § 1446(d), Redstone and Butera will file a copy of this Notice of Removal with the Clerk of the United States District Court for the Southern District of Florida, Miami Division, will serve counsel for Plaintiffs with

a copy of this Notice of Removal, and will file the Notice of Removal in the County Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

**WHEREFORE**, Defendants, Butera and Redstone notify this Court that this cause of action is removed from the County Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida to the United States District Court for the Southern District of Florida, Miami-Dade Division pursuant to the provisions of 28 U.S.C. §§1331, and 1446.

                Respectfully submitted,

                /s/ Dean A. Kent
                DEAN A. KENT, FBN 0307040
                dak@trenam.com / achrisman@trenam.com
                TRENAM, KEMKER, SCHARF, BARKIN,
                 FRYE, O'NEILL & MULLIS, P.A.
                200 Central Avenue, Suite 1600
                St. Petersburg, FL 33701
                Tel.: 727-896-7171
                Attorneys for Butera and Redstone

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Notice of Removal has been sent via e-mail and U.S. Mail to Andre Dreyfuss, Esq. (dreyfuss@hddlawfirm.com), Hirzel, Dreyfuss & Dempsey, PLLC, 850 E. Oakland Park Blvd., Oakland Park, FL 33334-2729; Alec Peyton Hayes, Esq., (hayes@hddlawfirm.com) Hirzel, Dreyfuss & Dempsey PLLC, 2333 Brickell Ave. Ste A1, Miami, FL 33129-24907; and Bryant H. Dunivan Jr., Esq., (bryant@theconsumerprotectionattorney.com and eservice@theconsumerprotectionattorney.com), The Consumer Protection Attorney, PA, 301 S. Platt St., #216, Tampa, FL 33606 this 18th day of July, 2022

/s/ Dean A. Kent
Attorney

IN THE COUNTY COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

| | |
|---|---|
| CE-1709 Midland Trail Shelbyville KY, LLC; Amazonia Consulting Group, LLC, on behalf of CHC-81 Street Westminster Co, LLC; Case No.: Amazonia Consulting Group, LLC, on behalf of CHC-2015 North Wickham Road Melbourne FL, LLC; Amazonia Consulting Group, LLC on behalf of CC-1601 N Woodland Blvd Deland FL, LLC; Amazonia Consulting Group, LLC, on behalf of CHC-Holmes Corner Cheyenne WY, LLC; Realty Franchise Services, on behalf of CHC-2735 Calumet Trace Owensboro KY Landco, LLC; Realty Franchise Services, LLC, on behalf of CD-1204 Wade Hampton Blvd Greer SC, LLC; Realty Franchise Services, LLC, on behalf of CHC-4684 Patterson Ave Winston Salem Landco, LLC; Realty Franchise Services, LLC, on behalf of AFC West Road 8040 Ulmerton Rd, Largo Florida Landco, LLC; and Amazonia Consulting Group, LLC, on behalf of CD-2250 Cherry Road Rock Hill SC, LLC, <br><br>      Plaintiffs, <br><br>v. <br><br>Redstone, LLC d/b/a American Development Partners; Manny Butera; Shawn Eby; Bruce Arinaga; and Pun For Li. <br><br>      Defendants. | Case No. 2022-009885-CA-01 |

**DEFENDANT, REDSTONE, LLC AND MANNY BUTERA'S
NOTICE OF FILING NOTICE OF REMOVAL OF CAUSE FROM
<u>STATE COURT TO UNITED STATES DISTRICT COURT</u>**

TO:    Clerk of the Circuit Court of Miami-Dade County, Florida:

      PLEASE TAKE NOTICE that on July 18, 2022, Defendants, Redstone, LLC and Manny

**EXHIBIT A**

Butera, filed with the Clerk of the United States District Court for the Southern District of Florida, Miami Division (the "District Court"), Defendants, Redstone, LLC and Manny Butera's Notice of Removal. A copy of the Notice of Removal (without exhibits) is attached as **Exhibit 1**.

Therefore, in accordance with 28 U.S.C. § 1446(d), this Court may proceed no further in this matter unless or until the case is remanded by Order of the District Court.

/s/ Dean A. Kent
Dean A. Kent, FBN: 0307040
adrushal@trenam.com / lbehr@trenam.com
TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MULLIS, P.A.
101 E. Kennedy Blvd., Suite 2700
Tampa, FL  33602
Tel: (813) 22307474
Attorneys for Defendant Redstone, LLC and Butera

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of July, 2022 the foregoing was electronically filed with the Clerk of Court by using the Florida Courts E-Filing Portal System, which will send a notice of electronic filing via email to all counsel of record.

/s/ Dean A. Kent
Attorney

2